JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT PRICE McCOWAN,<br><br>Petitioner,<br><br>v.<br><br>TOMLINSON, et al.,<br><br>Respondents. | Case No. CV 20-2535-CAS (SP)<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order Dismissing Petition,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: July 20, 2020

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE